**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ANTHONY SWEDE AND SYLVIA SWEDE | : | No. 253 MAL 2019 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| RICHLAND TOWNSHIP ZONING HEARING BOARD AND FREDERICK CALABRETTE | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: FREDERICK CALABRETTE | : | |
| | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 4th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.